United States District Court
Southern District of Texas
**ENTERED**
September 01, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| GERARDO SAENZ-MARTINEZ | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 5:26-cv-563 |
| | § | |
| MIGUEL VERGARA *et al.* | § | |

**ORDER**

Respondents advised they intended to deport Petitioner pursuant to a final order of removal (*see* Dkt. No. 7). If Petitioner has been removed, this habeas action, challenging his prolonged immigration-related detention, is moot. *See, e.g.*, *Rubio Tercero v. Patterson*, No. 6:26-CV-02495 SEC P, 2026 WL 2175616, at *1 (W.D. La. July 28, 2026); *Mendoza v. Tate*, No. CV H-26-4249, 2026 WL 2091719, at *1 (S.D. Tex. July 20, 2026). Mootness divests the Court of subject matter jurisdiction and can be raised by the Court *sua sponte* "notwithstanding the silence of the parties." *La Union del Pueblo Entero v. Fed. Emergency Mgmt. Agency*, 762 F. Supp. 3d 552, 560 (S.D. Tex. 2024) (Garcia Marmolejo, J.); *Dailey v. Vought Aircraft Co.*, 141 F.3d 224, 227 (5th Cir. 1998).

Finding good cause, the Court **LIFTS** the stay (Dkt. No. 6). Respondents are **ORDERED** to file an advisory confirming whether Petitioner has been removed, no later than **September 9, 2026**. If Petitioner has been removed, the Court will promptly dismiss this case for lack of subject matter jurisdiction.

It is so **ORDERED**.

**SIGNED** September 1, 2026.

Marina Garcia Marmolejo
United States District Judge